AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
JASON BENJAMIN BLYTHE

_____
Defendant

)
)
)
)
)
)

Case: 1:21-cr-00537
Assigned To : Kelly, Timothy J.
Assign. Date : 01/13/2022
Description: Superseding Indictment (B)
Case Related to 21-cr-537 (TJK)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JASON BENJAMIN BLYTHE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3), 2 (Civil Disorder);18 U.S.C. §§ 111(a)(1) and (b), 2 (Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon and Inflicting Bodily Injury); 18 U.S.C. § 111(a)(1) and (b), 2 (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A), (b)(1)(B), 2 (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon and Resulting in Significant Bodily Injury); 40 U.S.C. § 5104(e)(2)(D),(Disorderly Conduct in the Capitol Grounds or Buildings); 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings);18 U.S.C. §§ 1512(c)(2), 2

Date:   01/12/2022

_____
*Issuing o,*

G. Michael Harvey
2022.01.12 18:03:07 -05'00'
*signature*

City and state:    Washington D.C.

_____
G. Michael Harvey
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/18/22, and the person was arrested on *(date)* 1/24/22 at *(city and state)* Fort Worth, TX. |
| Date: 1/24/22      _____ *Arresting officer's signature* |
| Michael Phillip Special Agent *Printed name and title* |