UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-537 (JMC) |
| JASON BLYTHE | : |

### DEFENDANT'S NOTICE OF JOINDER

Defendant, Jason Blythe, through undersigned counsel, Stephen F. Brennwald, Esq., Brennwald & Robertson, LLP, hereby serves Notice that he joins in the following motions filed by various co-defendants in this case: ECF Docs. 202, 203, 204, 205, and 208.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, SE
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice was sent by ECF, this 28th day of October, 2022, to all parties of record.

*Stephen F. Brennwald*

Stephen F. Brennwald

1

2