Use the Tab key to move from field to field on this form.  CO-290
Notice of Appeal Criminal  Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 21-537
)
Jason Blythe )

## NOTICE OF APPEAL

**Name and address of appellant:** Jason Blythe
D.C. Jail
1901 D Street, S.E.
Washington, D.C.

**Name and address of appellant's attorney:** Stephen F. Brennwald
922 Pennsylvania Avenue SE
Washington, D.C.  20003

Offense: Civil Disorder 18 USC 231

Concise statement of judgment or order, giving date, and any sentence:

Defendant sentenced on September 19, 2024, to 30 months in prison following conviction for Civil Disorder, Assault (18 U.S.C. 111) and Act of Violence

Name and institution where now confined, if not on bail: D.C. Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/19/24
DATE

JASON BLYTHE
APPELLANT

STEPHEN F. BRENNWALD
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?  YES [ ]  NO [✓]
Has counsel ordered transcripts?  YES [ ]  NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✓]  NO [ ]